Springfield Marine Bank, a Banking Association, a Corporation Organized and Existing Under the Laws of Illinois, and Mesa Realty, Inc., an Illinois Corporation, Plaintiffs-Appellees, v. Robert Adams and Audrey Adams, Defendants-Appellants.

Gen. No. 10,440.

Third District.

May 20, 1963.

Stevens, Herndon, Nafziger & Mohan, of Springfield (James T. Mohan, of counsel), for appellants; Gillespie, Burke & Gillespie, of Springfield (Louis F. Gillespie and George B. Gillespie, of counsel), for appellees. Opinion by JUDGE CARROLL. **Not to be published in full.**